UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KIERNAN J. WHOLEAN AND JAMES R. GRILLO,

        Plaintiff                    Case No. 3:18-cv-1008 WWE

v.

CSEA SEIU LOCAL 2001, BENJAMIN BARNES,
IN HIS OFFICIAL CAPACITY AS SECRETARY
OF POLICY AND MANAGEMENT, STATE OF
CONNECTICUT, SANDRA FAE BROWN-BREWTON,
IN HER OFFICIAL CAPACITY AS UNDERSECRETARY
OF LABOR RELATIONS, STATE OF CONNECTICUT,
AND ROBERT KLEE, IN HIS OFFICIAL CAPACITY
AS COMMISSIONER OF THE DEPARTMENT OF
ENERGY AND ENVIRONMENTAL PROTECTION,
STATE OF CONNECTICUT,

        Defendants.

JUDGMENT

This matter came on for consideration of defendants' motions to dismiss doc. #37

and doc. #39 before the Honorable Warren W. Eginton, Senior United States District

Judge. The Court has reviewed all of the papers filed in conjunction with the motion and

on April 26, 2019, the court granted the motions in favor of defendants.   It is therefore;

ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of

defendants CSEA SEIU LOCAL 2201, Benjamin Barnes, Sandra Fae Brown-

Brewton and Robert Klee and the case is closed.

Dated at Bridgeport, Connecticut, this 29th day of April, 2019.

                                 ROBIN D. TABORA, Clerk

                                 By: /s/ Susan Imbriani

EOD: 4/29/19                              Susan Imbriani
                                   Deputy Clerk