## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIERNAN J. WHOLEAN, and JAMES A. GRILLO,<br><br>        Plaintiffs,<br><br>v.<br><br>CSEA SEIU LOCAL 2001, BENJAMIN BARNES, in his official capacity as Secretary of Office of Policy and Management, State of Connecticut, SANDRA FAE BROWN-BREWTON, in her official capacity as Undersecretary of Labor Relations, State of Connecticut, and ROBERT KLEE, in his official capacity as Commissioner of the Department of Energy and Environmental Protection, State of Connecticut,<br><br>        Defendants. | Civil Action No.:  3:18-cv-01008-WWE<br><br><br><br>DATE: May 24, 2019 |

## PLAINTIFFS' NOTICE OF APPEAL

NOTICE is hereby given that Plaintiffs Kiernan J. Wholean and James A. Grillo in the

above named case, on behalf of themselves and a prospective class of similarly situated

individuals, appeal to the United States Court of Appeals for the Second Circuit this Court's

Judgment (April 29, 2019, ECF No. 68), and its Ruling on Defendants' Motion to Dismiss and

Order (April 26, 2019, ECF No. 67).


Dated: May 24, 2019

Respectfully submitted,

/s/ Jeffrey D. Jennings
Jeffrey D. Jennings (admitted *pro hac vice*)
Bar Nos. phv09711; Va. Bar No. 87667
Milton L. Chappell (admitted *pro hac vice*)
Bar Nos. phv09769/D.C. Bar No. 936153
*Attorneys for Plaintiffs*
c/o National Right to Work Legal Defense
Foundation, Inc.

1

8001 Braddock Road, Suite 600
Springfield, VA  22160
Telephone: (703) 321-8510
Fax: (703) 321-9319
Email:  jdj@nrtw.org
       mlc@nrtw.org

Nathan S. Schindler
(CT-27464)
Law Offices of Martha A. Dean LLC
144 Reverknolls
Avon, CT 06001
Telephone: (860) 676-0033
Fax: (860) 676-1112
Email: nschindler@mdeanlaw.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

KIERNAN J. WHOLEAN, and JAMES A. GRILLO,

    Plaintiffs,

v.

CSEA SEIU LOCAL 2001, BENJAMIN BARNES, in his
official capacity as Secretary of Office of Policy and
Management, State of Connecticut, SANDRA FAE BROWN-
BREWTON, in her official capacity as Undersecretary of
Labor Relations, State of Connecticut, and ROBERT KLEE,
in his official capacity as Commissioner of the
Department of Energy and Environmental Protection,
State of Connecticut,

    Defendants.

Civil Action No.:  3:18-cv-01008-WWE

DATE: May 24, 2019

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2019, a copy of the foregoing Plaintiffs' Notice of

Appeal was filed electronically with the Clerk of the District Court using the CM/ECF system.

Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic

filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of

Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        s/ Jeffrey D. Jennings
        Jeffrey D. Jennings (admitted *pro hac vice*)
        Bar Nos. phv09711; Va. Bar No. 87667
        c/o National Right to Work Legal Defense
        Foundation, Inc.
        8001 Braddock Road, Suite 600
        Springfield, VA  22160
        Telephone: (703) 321-8510
        Fax: (703) 321-9319
        Email: jdj@nrtw.org
        *Attorney for Plaintiffs*

3